**Electronically Filed
Supreme Court
SCPW-25-0000224
07-APR-2025
07:59 AM
Dkt. 4 ORD**

SCPW-25-0000224

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————

MICHAEL NOGHREY, Petitioner,

vs.

THE HONORABLE NATASHA R. SHAW,
Judge of the District Family Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

ZANETA NOGHREY, Respondent.

———————————————————————————————————————————

ORIGINAL PROCEEDING
(CASE NO. 1DV161001290)

<u>ORDER</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner Michael Noghrey's petition
for a writ of prohibition filed March 23, 2024, which requested
an order directing the Respondent Judge to stay or vacate the
decision to imprison the Petitioner for civil contempt
(petition), the papers in support, and the records and files
herein, we conclude that the issues raised by the petition are

moot based on the Family Court's decision and order filed March 25, 2025 which stayed any further decision on the possible incarceration of Petitioner for civil contempt until after the disposition of the appeal filed in CAAP-24-0000831.  See generally Application of Thomas, 73 Haw. 223, 225-26, 832 P.2d 253, 254 (1992) (discussing mootness doctrine).

It is ordered that the petition is denied without prejudice as moot.

DATED:  Honolulu, Hawai'i, April 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens